LEE, Appellant, v. WINANS, Respondent, et al. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Henry C. Lee against A. Van Arsdale Winans, impleaded. S. R. Taylor, for appellant. W. Man, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 90 N. Y. Supp. 960.

LE GENDRE, Respondent, v. SCOTTISH UNION & NATIONAL INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by William C. Le Gendre against the Scottish Union & National Insurance Company. E. J. Nathan, for appellant. R. L. Harrison, for respondent. No opinion. Order affirmed, with costs. See 88 N. Y. Supp. 1012.

LEMBECK, Appellant, v. STATE, Respondent (two cases). (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Actions by Sarah E. Lembeck against the state of New York. No opinion. Judgment affirmed, with costs, upon stipulation of appellant.

In re LENT. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) In the matter of the judicial settlement of the account of Smith Lent, as one of the administrators of Frederick A. Munson, deceased. No opinion. Decree of the Surrogate's Court of Westchester county affirmed, with costs.

LEONARD, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Josephine R. Leonard against the New York City Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

LESCHINSKY, Appellant, v. GEIGER, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Paul Leschinsky against Charles F. Geiger, as president. A. P. Wagener, for appellant. J. S. Bernstein, for respondent. No opinion. Judgment affirmed, with costs.

LEWIS, Respondent, v. HIRSCHBERG, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1905.) Action by Emanuel Lewis against Jacob Hirschberg. PER CURIAM. We do not think that the plaintiff's case was established by a fair preponderance of evidence. Judgment and order reversed, and new trial granted, upon the payment by the appellant, within 20 days, of the costs of the trial and all disbursements in the action to date, together with the costs of this appeal. If this condition is not complied with, judgment and order affirmed, with costs.

LEWIS, Respondent, v. HIRSCHBERG, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1905.) Action by Emanuel Lewis against John Hirschberg. No opinion. Appeal from order denying motion for new trial on the ground of newly discovered evidence dismissed, without costs. See memorandum supra (decided herewith).

LEYS, Respondent, v. VAN NOSTRAND, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Action by Robert H. Leys against John D. Van Nostrand. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with costs, on the ground that the cause of action, if any, stated in the complaint, is not one which survives the death of the defendant.

LIVINGSTON, Respondent, v. LONG ISLAND MACHINE & MARINE CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by John H. Livingston against the Long Island Machine & Marine Construction Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

LOCHS, Respondent, v. HERRMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Annie Lochs, an infant, against Adolph Herrman and others. W. N. Cohen, for appellants. J. D. Warner, for respondent. PER CURIAM. Judgment and order affirmed, with costs. PATTERSON and LAUGHLIN, JJ., dissent.

LOCKPORT PUBLIC LIBRARY, Respondent, v. LEWIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by the Lockport Public Library against Mary A. Lewis. No opinion. Judgment affirmed, with costs.

LOCKWOOD, Respondent, v. BRONK, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Action by Edward M. Lockwood against Edgar Bronk. No opinion. Judgment and order affirmed, with costs.

LOOS, Respondent, v. McCORMACK, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by John H. Loos against Michael McCormack. B. G. Paskus, for appellant. T. L. Dailey, for respondent. No opinion. Judgment affirmed, with costs on opinion of court below. 93 N. Y. Supp. 1088.

LOSCHIAVO, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Antonio Loschiavo, as administrator, against the American Ice Company. T. D. Adams, for appellant. J. F. Lilly, for respondent. No opinion. Judgment and order affirmed, with costs.

LOSEY, Respondent, v. WORDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Minnie H. Losey, as executrix, etc., against Charles A. Warden. No opinion. Mo-